United States District Court
For The Northern District Of New York

Case No. 5:14-cv-1403
Date: _____
Presiding Judge: Hon. Brenda K. Sannes

( ) Plaintiff          (X) Defendant          ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | | | | | Excellus Member Contract and Other Legal Information (PPO Option I Member Contract) |
| D-2 | | | | | Excellus PPO Health Insurance Spreadsheet |
| D-3 | | | | | Cayuga Medical Center at Ithaca Prepaid Health Plan – Plan Document |
| D-4 | | | | | Cayuga Medical Center at Ithaca Prepaid Health Plan Summary Plan Description with Appendix |
| D-5 | | | | | Excellus BCBS: Excellus Blue PPO Custom, Summary of Benefits and Coverage for CMC |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-6 | | | | | Administrative Services Contract between Excellus Health Plan, d/b/a Excellus BlueCross BlueShield and Cayuga Medical Center, effective January 1, 2005 |
| D-7 | | | | | Plaintiff's Complaint |
| D-8 | | | | | CMC's and Health Plan's Answer to Complaint |
| D-9 | | | | | Plaintiff's First Amended Complaint |
| D-10 | | | | | CMC's and Health Plan's Answer to First Amended Complaint |
| D-11 | | | | | Plaintiff's Second Amended Complaint |
| D-12 | | | | | CMC's and Health Plan's Answer to Second Amended Complaint |
| D-13 | | | | | CMC's and Health Plan's Response to Plaintiffs' First Set of Interrogatories dated April 10, 2015 |
| D-14 | | | | | CMC's and Health Plan's Response to Plaintiffs' First Request for Production of Documents dated April 10, 2015 |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-15 | | | | | CMC's and Health Plan's Response to Plaintiffs' Second Request for Production of Documents dated April 10, 2015 |
| D-16 | | | | | Ellen Cohen-Rosenthal, Psy.D Confidential Psychological Report dated May 25, 2006 |
| D-17 | | | | | Alan O. Ledet, LMFT, Summary of Contact dated May 4, 2013 |
| D-18 | | | | | Jud A. Staller, M.D., Initial Intake Evaluation dated May 3, 2012 |
| D-19 | | | | | Dr. George Posner letter dated June 25, 2013 |
| D-20 | | | | | Second Nature Discharge Summary dated February 3, 2013 |
| D-21 | | | | | S. Carl Smoot, Ph.D. Psychological Evaluation |
| D-22 | | | | | Maple Lake Academy for Boys Master Treatment Plan dated February 25, 2013 |
| D-23 | | | | | Copies of relevant pages of the website of Maple Lake Academy in Utah (Exh. G to Toth Dec. dated Nov. 12, 2015) |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-24 | | | | | Excellus Medical Benefits Claim Documents submitted February 27, 2014 |
| D-25 | | | | | Excellus Claim Return Notification dated March 4, 2014 |
| D-26 | | | | | Fax from McKain Law to Excellus dated March 26, 2014 |
| D-27 | | | | | Excellus Medical Benefits Claim Documents submitted May 13, 2014 |
| D-28 | | | | | Excellus claim return notification to Ms. Easter dated June 30, 2014 (Exh. K to Toth Dec. dated Nov. 12, 2015) |
| D-29 | | | | | Excellus Medical Benefits Claim Documents submitted June 25, 2014 (Exh. L to Toth Dec. dated Nov. 12, 2015) |
| D-30 | | | | | Excellus Medical Benefits Claim Documents submitted August 20, 2014 (Exh. M to Toth Dec. dated Nov. 12, 2015) |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-31 | | | | | Excellus Medical Benefits Claim Documents submitted October 2, 2014 (Exh. N to Toth Dec. dated Nov. 12, 2015) |
| D-32 | | | | | Excellus Medical Benefits Claim submitted in November 2014 (Exh. O to Toth Dec. dated Nov. 12, 2015) |
| D-33 | | | | | Unredacted Notes from Excellus (Docket # 61) (3 pages) |
| D-34 | | | | | Email from Jen Easter to William Toth dated February 12, 2013 at 4:11 PM |
| D-35 | | | | | Email from Jen Easter to William Toth dated February 12, 2013 at 4:13 PM |
| D-36 | | | | | Email from William Toth to Jen Easter dated February 12, 2013 at 4:27 PM |
| D-37 | | | | | Email chain from Beth Miller to William Toth dated February 25, 2013 at 1:51 PM (7 pages) |
| D-38 | | | | | Email from Jen Easter to William Toth dated March 1, 2013 at 11:27 AM |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-39 | | | | | Email from Jen Easter to William Toth dated March 15, 2013 at 3:33 PM |
| D-40 | | | | | Email from Jen Easter to William Toth dated March 17, 2013 at 8:53 PM |
| D-41 | | | | | Email from William Toth to Beth Miller dated April 9, 2013 at 4:00 PM |
| D-42 | | | | | Email chain from William Toth to Carla N. McKain, Esq. dated April 11, 2013 at 4:24 PM (contains March 21, 2013 email from Connie Cole to Carla N. McKain and Jen Easter at 2:04 PM, and April 8, 2013 email from Carla N. McKain to Connie Cole and William Toth at 8:46 AM) (2 pages) |
| D-43 | | | | | Email from Jen Easter to William Toth dated May 10, 2013 at 6:11 AM |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-44 | | | | | Email from Carla N. McKain, Esq. to Connie Cole and William Toth dated May 14, 2013 at 11:13 AM |
| D-45 | | | | | Letter from William Toth to Carla N. McKain, Esq. dated May 20, 2013 enclosing copies of the Plan Document; SPD; and Summary of Benefits and Coverage |
| D-46 | | | | | Email from Carla N. McKain, Esq. to William Toth dated October 9, 2013 at 3:41 PM (contains Oct. 9, 2013 email from William Toth to Carla McKain at 2:03 PM, and Oct. 9, 2013 email from Carla N. McKain to William Toth at 12:02 PM) |
| D-47 | | | | | Email from William Toth to Beth Miller dated February 24, 2014 at 2:11 PM (contains February 24, 2014 email from Carla McKain to William Toth at 8:42 AM (2 pages) |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-48 | | | | | Email from Carla N. McKain, Esq. to William Toth and Marci Van Der Heide dated February 24, 2014 at 2:42 PM (contains February 24, 2014 email from Carla McKain, Esq. to William Toth at 8:42 AM, and February 24, 2014 email from William Toth to Carla McKain, Esq. at 2:08 PM) (2 pages) |
| D-49 | | | | | Email chain from Carla McKain, Esq. to William Toth dated February 25, 2014 at 4:16 PM (contains February 25, 2014 email from William Toth to Carla McKain, Esq. at 3:53 PM; February 24, 2014 email from Carla McKain, Esq. to William Toth at 3:42 PM; February 24, 2014 email from William Toth to Carla McKain, Esq. at 2:08 PM; and February 24, 2014 email from Carla McKain, Esq. to William Toth at 8:42 AM) (3 pages) |
| D-50 | | | | | Letter from Connie Cole to Carla McKain, Esq. dated April 2, 2014 |

Exhibits Returned To Counsel (Date):
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-51 | | | | | Email chain from Jen Easter to William Toth dated April 7, 2014 at 1:43 AM (contains April 7, 2014 email from Jen Easter to William Toth and Marci Van Der Heide at 10:20 AM, and April 7, 2014 email from William Toth to Jen Easter at 11:13 AM) (2 pages) |
| D-52 | | | | | Email from James Wright to Carla N. McKain, Oliver Blaise, Philip Spellane, Emily Crowley, Marci Van Der Heide, and Robert Kirchner dated April 21, 2015 at 9:45 PM |

Exhibits Returned To Counsel (Date):
Signature: _____