Page ___ of ___

United States District Court
For the Northern District of New York

Case No. 5:14-cv-01403-BKS-TWD
Date: April 10, 2017
Presiding Judge: Brenda K. Sannes

(X) Plaintiff                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 1 | | | | | Emails between Jen Easter & William Toth (2/12/13 – 11/28/14) |
| 2 | | | | | Emails between Carla McKain, Esq. & William Toth / Connie Cole (4/8/13 – 2/25/14) |
| 3 | | | | | Emails between William Toth & Beth Miller / Chris Pistello (2/19/13 – 2/25/13) |
| 4 | | | | | Fax letter from Carla McKain, Esq. to Alan Pederson (5/17/13) |
| 5 | | | | | Letter & plan documents from William Toth to Carla McKain, Esq. (5/20/13) |
| 6 | | | | | Letter & summary of benefits from William Toth to Carla McKain, Esq. (4/2/14) |
| 7 | | | | | Plaintiff's First Request for Production of Documents to CMC (2/9/15) |
| 8 | | | | | CMC's Response to Plaintiff's First Request for Production of Documents (4/10/15) |
| 9 | | | | | Email from J.P. Wright, Esq. & PPO contract (4/21/15) |
| 10 | | | | | Declaration of William Toth (11/12/15) |
| 11 | | | | | Declaration of William Toth (12/7/15) |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

Page ___ of ___

| | | | | | |
|---|---|---|---|---|---|
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |

Exhibits Returned To Counsel (Date): _____

Signature: _____